**SAMUEL J. POPE**
California State Bar No. 349291
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Samuel_Pope@fd.org

Attorneys for Mr. Yanez-Arriaga

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:  25-cr-02963-RBM |
| Plaintiff, | Hon. Allison H. Goddard |
| v. | |
| DANIEL YANEZ ARRIAGA, | **UNOPPOSED MOTION TO MODIFY THE CONDITIONS OF BOND** |
| Defendant. | |

Daniel Yanez Arriaga, by and through Counsel, Samuel Pope, Federal Defenders of San Diego, Inc. moves the Court to modify the conditions of bond to expand his travel condition to allow him to travel to Mexico on December 25-28, 2025. Mr. Yanez Arriaga's Pretrial Officer and the assigned U.S. Attorney do not have any objections to this request.

On July 1, 2025, Mr. Yanez Arriaga appeared before this Court for his initial appearance. The government did not move to detain Mr. Yanez Arriaga. The Court set a personal appearance bond of $5,000 signed by one financially responsible and related adult with no cash deposit. ECF No. 4. The conditions set included that his travel be restricted to San Diego County. ECF No. 9. Mr. Yanez Arriaga's bond was posted and he was released on July 3, 2025.

Mr. Yanez Arriaga requests the ability to travel to Mexico on December 25 through December 28 so that he may spend the holiday with his extended family in

Tijuana, Mexico. Mr. Yanez will contact his assigned pretrial office as directed throughout the period of travel. Neither the Government nor Pretrial Services has any objection to this change in the conditions of Mr. Yanez Arriaga's bond.[1]

Respectfully submitted,

Dated:  December 16, 2025    *s/ Samuel J. Pope*
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Yanez Arriaga
Email:  Samuel_Pope@fd.org

---

[1] The parties' positions were confirmed via email.